# CRIMINAL DOCKET

**Case Filed:** 3/29/95
**Docket No.:** 95 0046
**Def.:** 1
**PO:** 0978
**Assigned:** 2
**Disp./Sentence:** 7810
**Felony:** X
**No. of Def's:** 1

**VS.** VALENTI, GASPARE "GARY"

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18/1341 | MAIL FRAUD | CT 1  1 |
| 18/1956 | MONEY LAUNDERING | CT 2  1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF (arraignment)
- END ONE/BEGIN TWO — KEY DATE: 3/29/95 — Indictment filed/unsealed (X) — APPLICABLE
- END INTERVAL TWO — APPLICABLE

## III. MAGISTRATE

(blank)

## ATTORNEYS

**U.S. Attorney or Asst.:**
KURT P. SCHULKE    STRIKE FORCE
300 S Fourth St #1005, Las Vegas, NV  89101    (702) 388-6363

**Defense:** 6 [X] PD
5055 Lindell St
Las Vegas, NV  89103

Leslie Fatowe    AFPD

### BAIL • RELEASE
PRE INDICTMENT / POST INDICTMENT

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

[redacted]

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

V. PROCEEDINGS

SPEEDY TRIAL CALCULATIONS

Interval I
Gross days - 0
Less excludable - 0
Net days - 0

Interval II
Gross days - 100
Less excludalbe - T=80
Net days - 20

CR-S-95-46-PMP(LRL)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs GASPARE "GARY" VALENTI

AO 256A

Page 2

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 3/14/95 | 1  **INDICTMENT** o/d 11/22/91  **(SEALED)**  lgm | | | | |
| -- | -  **JS-2** re: D/Valenti  **(SEALED)**  lgm | | | | |
| -- | 2  **AO-257** re: D/Valenti  **(SEALED)**  lgm | | | | |
| -- | 3  **MINUTES OF GRAND JURY** re: D/Valenti (RLH) ORD 1) indctmnt **SEALED**  2) Warr to iss  (C/R Cheryl Gardner) cps dist  (AT)  lgm | | | | |
| -- | -  **WARRANT** issd to USM re: D/Valenti  **(SEALED)**  lgm | | | | |
| 3/29/95 | 4  **MINUTES OF INITIAL APPEARANCE** re: D/Valenti (LRL) ORD 1) FPD appntd cnsl  2) A/P set for 4/7/95 @ 8:30 am bfr RLH  3) PR bond set & exctd; D relsd  4) Mttr consdred **UNSEALED**  (Tape 95-1-30)  cps dist  (AT)  lgm | | | | |
| -- | 5  **BOND**, PR pstd obo D/Valenti 3/29/95  lgm (Bond exon: _____ ) | | | | |
| 4/3/95 | 6  **WARRANT** w/USM ret, D/Valenti arr 3/29/95  lgm | | | | |
| 4/7/95 | 7  **MINUTES OF ARRAIGNMENT/PLEA** re: D/Valenti (RLH) ORD 1) T/N: Gaspara Valenti  2) D plds NG to CTs 1 & 2  3) J/T set for 6/5/95 @ 8:30 am w/cal call 5/31/95 @ 8:15 am  4) NOT an opn fle plcy  5) Ord re p/t prcdr entrd & cps srvd on cnsl in opn crt  6) Tpes to be prvded to def cnsl  7) D cont on prsnt trms of relse (C/R J.Watson)  cps dist  (AT)  lgm | | | | |
| -- | 8  **ORDER** re: D/Valenti (PMP) ORD  P/T mtns due 4/21/95 w/rspn due 5/5/95  cps to cnsl  lgm | | | | |
| 4/19/95 | 9  **STIPULATION/FINDING OF FACT/ORDER** re: D/Valenti (PMP) ORD  1) Trl set for 6/5/95 vctd & cont to 7/10/95 @ 8:30 am w/cal call 7/5/95 @ 8:15 am  2) P/T mtns cont to 5/19/95 w/rspn due 6/2/95  (18/3161(h)(8)(B)(i) & 3161(h)(8)(B)(iv) cited)  cps dist  (AT)  lgm | | | | |
| 5/19/95 | 10  **NOTICE OF TAPES** obo gvrnmnt  lgm | | | | |
| -- | 11  **MOTION** obo gvrnmnt for recprcl discvry  (m)(AT)  lgm (Dispo: #13 Granted | | | | |
| -- | 12  **MOTION** obo D/Valenti for prdctn of evdnce impching wits & cnfdntl infrmnt  (b)(AT)  lgm (Dispo: #13 Granted, #16 Ord vacated, #18 denied as moot | | | | |
| 6/5/95 | — Snld to hdlr 11,12—apm | | | | |
| 6/6/95 | 13  **ORDER** re: D/Valenti (LRL) ORD  1) Mtn for recprcl disc (#11) GRANTED  2) Mtn for pddct of evdnce (#12) GRANTED (EOD 6/7/96)  cps dist  (AT)  lgm | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     GASPARE "GARY" VALENTI
AO 256A

Page 3

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 6/13/95 | 14 | MOTION obo D/Valenti to vctd portn of Mag ord (#13) (p)(AT)  1gm  (Dispo: #16 Granted) | |
| 6/14/95 | | Subj to LRL #14, 13 - pm | |
| 6/14/95 | 15 | MOTION obo gvrnmnt to mdfy ord (#13) grnting mtn for prdctn of evdnce (#12)  (m)(AT)  1gm  (Dispo: #16 Granted) | |
| 6/15/95 | | — Subj to LRL #14, 13 - pm | |
| 6/14/95 | 16 | ORDER re: D/Valenti (LRL) ORD 1) Crts ord (#13) mdfd as fllws: Ord grntng D's mtn for prdctn of evdnce (#12) VACATED  2) Gvrnmnt shll fle rspn by 6/22/95 (EOD 6/15/95)  cps dist  (AT)  1gm | |
| 6/26/95 | 17 | ORDER re: D/Valenti (PMP) ORD  Trl set for & cnsl to subp wits for 7/10/95 @ 8:30 am w/cal call 7/5/95 @ 8:15 am (see doc for specs)  cps dist  1gm | |
| 6/21/95 | | Subj to LRL #12 - pm | |
| 6/28/95 | 18 | ORDER re: D/Valenti's mtn for prdctn of evdnce impchng wits (#12) dtd 6/27/95 (LRL) ORD  1) Mtn DENIED as moot  (EOD 6/29/95)  cps dist  (AT)  1gm | |
| 7/7/95 | 19 | MINUTES OF CHANGE OF PLEA re: D/Valenti (PMP) ORD 1) D allwd to wthdrw NG plea to CT 1 & plds G to sme; crt accpts lea  2) NonObndng plea agremnt  3) I/S & dispo of CT 2 set for 10/6/95 @ 1:30 pm  4) Refrrd to prob for p/s invstigatn/rpt  5) Trl dt vctd  6) D cont on prsnt trms of relse  (C/R K.Spataro)  cps dist  (AT)  1gm | |
| -- | 20 | PLEA MEMORANDUM re: D/Valenti  1gm | |
| 8/17/95 | 21 | ORDER re: D/Valenti (LRL) ORD  FPD appntd cnsl, USM to srv subp  1gm | |
| -- | 22 | FINANCIAL AFFIDAVIT re: D/Valenti  1gm | |
| 9/20/95 | 23 | MINUTE ORDER re: D/Valenti (PMP) ORD 1) I/S set for 10/6/95 vctd & reset in time only to 11:00 am, sme date  cps dist  (AT)  1gm | |
| 9/29/95 | 24 | SENTENCING MEMORANDUM/OBJECTIONS obo D/Valenti to P/S rpt  cpy to PMP  1gm | |
| 10/10/95 | 25 | MINUTES OF SENTENCING re: D/Valenti dtd 10/6/95 (PMP) ORD  As to CT 1: 1) Sent impsd  2) Fine impsd  3) assessmnt  4) CT 2 DISMD  5) D grntd stay of excutn; bond ord exon upon surr  (C/R J.Bowman)  cps dist (AT)  1gm | |

Interval (per Section II)  Start Date / End Date   Ltr. Code  Total Days

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U. S. vs GASPARE "GARY" VALENTI | Page 4 |
|---|---|---|
| AO 256A | | Yr. / Docket No. / Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 10/11/95 | 26  **JUDGMENT** re: D/Valenti dtd 10/6/95 (PMP) ORD  As to CT 1:  1) $50.00 assessmnt  2) 6 mths cstdy USBOP  3) D shll surr bfr noon 11/29/95  4) 2 yrs sprvsd relse (see doc for spec conds)  5) $1,200.00 fine  6) CT 2 DISMD  (EOD 10/11/95)   cps dist   (AT)   lgm | |
| -- | --  **JS-3** re: D/Valenti   lgm | |
| 12/21/95 | 27  **JUDGMENT** w/USM ret, D/Valenti dlvrd to FCI Lompoc, CA on 11/30/95   lgm | |
| 12/9/96 | 28  **PETITION/ORDER** re: D/Valenti dtd 12/7/96 (PMP) ORD  1) Sprvsd relse mdfied to incld that D shll particpte & complete mental helth treatmnt progrm   cps dist  (1 CC to prob)   (AT)   lgm | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days